

## THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Supreme Court
For California Republic



FILED
CLERK, U.S. DISTRICT COURT
JAN 19 2023
*Ram*
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

El Starlette Bey, Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Queen Khalifa Territory
[c/o 685 De Anza Dr. ]
[San Jacinto, California [Zip Exempt]]
Northwest Amexem

EDCV23-00097-SSS(SHKx)

**Claimant**

v.

COUNTY OF RIVERSIDE DEPARTMENT OF PUBLIC SOCIAL SERVICES: CHILD PROTECTIVE SERVICES
COUNTY OF SAN BERNARDINO OF PUBLIC SERVICES: CHILD PROTECTIVE SERVICES
MCHAEL J. RUSHTON
MARSHALL, CHISTOPHER
FRANKIE SHELTON
LESLIE ABRAM
JUDI M. UKIRU
ELISA ARTEGA

**Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

The Constitution For the United States of America North Continent
American Declaration on the Rights of Indigenous Peoples
18 U.S. Code 1091
Declaration of 1959 The Rights of The Child
The Treaty Peace and Friendship 1787

### Venue

Original Jurisdiction United States Supreme Court California

### Claimant

I, El Starlette Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Freehold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at **Bevines Law Book of**



**Treaties)** the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

#### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants
CHILD PROTECTIVE SERVICES OF RIVERSIDE COUNTY
CHILD PROTECTIVE OF SAN BERNARDINO COUNTY

### Facts
In support of this petition I state for the record:

1. On JULY 16, 2015 EMPLOYEES OF CHILD PROTECTIVE SERVICES OF SAN BERNARDINO COUNTY forcibly Kidnap my children Sincere Hunter and De' Anthony Hunter. March 4, 2019 EMPLOYEES OF CHILD PROTECTIVE SERVICES OF RIVERSIDE COUNTY CORPORATION forcibly kidnap my child, Marlette Coleman in the hospital after birthing her.
2. On June 17th, 2019, there was a meeting between I, El Starlette Bey, JUDI M. UKIRU and ELANIA BARRAZA who is EMPLOYEES of CHILD PROTECTIVE SERVICES OF RIVERSIDE COUNTY CORPORATION to clear up the matter that someone in the CHILDREN'S HOSPITAL have been slandering me as "being aggressive". I stated on the record with her of my nationality and my rights and THEY did not honor my constitutional rights. Once I asked for the injured party to come forth. SOCIAL WORKERS failed to have an accuser and THEY restrict my visit to see my child Marlette Coleman.
3. On July 8th, 2019 I made a special appearance to clear up the matter that my child Marlette Coleman who has been kidnap by CHILD PROTECTIVE SERVICES. I stated on record and to the MAGISTRATE acting as a Article III judge, MICHAEL J. RUSHTON of my nationality and ask MICHAEL J. RUSHTON "…is he honoring his oath…" and his reply is " I do not have to answer you…" Another question was asked by me to MICHAEL J. RUSHTON "…I need to proof of jurisdiction over me and my child…" His reply was " the court has jurisdiction… and I don't have to show it to you…" MICHAEL J. RUSHTON was slandering my nationality, not honoring his oath and my Constitutional, inalienable and unalienable rights. Once the record wasn't satisfied, I left the VENUE and witnesses told me that MICHAEL J. RUSHTON and others EMPLOYEES was still slandering me.
4. On August 13, 2019 I did another special appearance to the same VENUE and the same MAGISTRATE as my previous special appearance. MICHAEL J. RUSHTON once again did not honor his oath to the constitution and fail to satisfied the record with proof of jurisdiction and proceed without proper jurisdiction. MICHAEL J. RUSHTON made an "order" that I can only visit my child Marlette Coleman for 1 hour only 1 time a month. MICHAEL J. RUSHTON slander my nationality and rights. I hand delivered a Writ of Nature of Discovery to MICHAEL J. RUSHTON [Judge] and remove myself from the VENUE. He did not have any comment to the Writ, but he stated on the record that the Writ of Nature of Discovery was filed.
5. On July 25, 2019 I made an special appearance to a FAMILY COURT in SAN BERNARDINO. The MAGISTRATE of the VENUE MARSHALL, CHISTOPHER failed to satisfy the record of jurisdiction. I was stating on record of my nationality he force me to be quiet by having a POLICY ENFORCEMENT, CLEM, D. physically removing me from the room.
6. On August 25. 2019 the MAGISTRATE MARSHALL, CHISTOPHER made an unlawful "order" to "take my parental rights away" and "I can only visit my children only 4 hours a month" after been on notice that he is violating his oath and my constitutional rights.

7. JUDI M. UKIRU, ELISA ARTEGA, LESLIE ABRAM, and FRANKIE SHELTON are EMPLOYEES of CHILD PROTECTIVE SERVICES in both RIVERSIDE AND SAN BERNARDINO COUNTY who is human trafficking my children and committing mental genocide to my children. EMPLOYEES of CHILD PROTECTIVE SERVICES have been slandering the constitution, and violating my inalienable, unalienable constitutional rights.

## Legal Claims

CHILD PROTECTIVE SERVICES OF RIVERSIDE AND SAN BERNARDINO COUNTY and the MAGISTRATES OF THE JUVENILE COURTS committing an act of Genocide and violating my children rights and nationality by forcibly removing my children's, Marlette Coleman, Sincere Hunter, and De'Anthony Hunter from my care.
- ***18 U.S. Code subsection 109. Genocide***
"*transfers by force children of the group to another group*"
- ***Declaration of The Rights of The Child 1959 (G.A. res. 1386 (XIV), U.N. GAOR Supp (No. 16) at 19, U.N. Doc A/4354 (1959).***
  Principle 3: "*The child shall be entitled from birth to a name and nationality.*"
  Principle 6: "*... He shall, wherever possible, grow up in the care and under the responsibility of his parents... a child of tender years shall not, save in exceptional circumstances, be separated from his mother...*"
  Principle 8: "*The child shall be protected against all forms of neglect, cruelty and explortation. He shall not be subject of traffic...*"

The EMPLOYEES of CHILD PROTECTIVE SERVICES OF RIVERSIDE AND SAN BERNARDINO COUNTY violating my constitutional rights to privacy.

EMPLOYEES OF CHILD PROTECTIVE SERVICES and MAGISTRATES refuse to recognize and honor my aboriginal, inalienable and unalienable Constitutional rights and fail to recognize my nationality and threating me to consent to unlawful "orders" and "codes."
- ***American Declaration on The Rights of Indigenous Peoples:***
  ***Article II:*** "*The states recognize and respect the multicultural and multilingual character of the indigenous peoples, who are an integral part of their societies.*
  ***Article XXXV:*** "*Nothing in this Declaration may be interpreted so as to limit, restrict, or deny human rights in any way, or so as to authorize any action that is not in keeping with international human rights law.*"
- ***The Constitution For the United States of America Continent 1787/1791***
  Amendment IX: "*The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.*

As the JUVENILE COURTS IN SAN BERNARDINO AND RIVERSIDE MAGISTRATES does not have jurisdiction to listen to, hear arguments, presentation, or rational.

"*The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States).*"

"*When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially*". Thompson v. Smith 154 SE 583.

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational.*" ASIS v. US, 568 F2d 284.

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities.*" Burns v. Supp. Ct., SF, 140 Cal. 1.

As a MAGISTRATES and officers of the court, they refusal to honor their oath of office is a violation of the constitution.
- ***The Constitution For the United States of America Continent 1787/1791***
  Article VI: "*... all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution*;

As a Magistrates who should be well versed in law, the MAGISTRATES OF JUVENILE COURTS IN RIVERSIDE AND SAN BERNARDINO knowingly committed fraud as they knowingly has been administering in a capacity which they does not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature.

## RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status- Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, El Starlette Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, El Starlette Bey, demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

3) I, El Starlette Bey, demand if any criminal charges be found, let them be placed upon the Plaintiffs.

4) I, El Starlette Bey, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, El Starlette Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Respondent CHILD PROTECTIVE SERVICES OF RIVERSIDE COUNTY is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money and command my child to be united with her mother.

10) Respondent CHILD PROTECTIVE SERVICES OF SAN BERNARDINO COUNTY is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money and command my children to be united with their mother.

11) Respondent JUDI M.UKIRU is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

12) Respondent ELISA ARTEGA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

13) Respondent MICHAEL J. RUSHTON is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

14) Respondent MARSHALL, CHISTOPHER is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

15) Respondent LESLIE ABRAM is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

16) Respondent FRANKIE SHELTON is being sued for $75,000 for compensatory damages and $75,000 for punitive damages is her official and private capacity payable in lawful money.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this [26] day of [August], [2019] = 1441 M.C.

I Am: _El Starlette Bey_
El Starlette Bey, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Queen Khalifa Territory
[c/o 685 DE ANAZ DR.]
[San Jacinto, Repubic [Zip Exempt]]
Northwest Amexem

